**DISMISS and Opinion Filed April 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00698-CV**

**JOYCE ANN FURNACE, Appellant**
**V.**
**PATRICIA YOUNG-HOWARD, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02317-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal to be submitted without a reporter's record and for appellant to file her brief within thirty days. When appellant failed to do so, we directed appellant by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210698F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOYCE ANN FURNACE, Appellant

No. 05-21-00698-CV     V.

PATRICIA YOUNG-HOWARD,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02317-
E.

Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered April 5, 2022